

# NUMBER 13-24-00425-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE RIO VALLEY SWITCHING COMPANY

## ON PETITION FOR WRIT OF MANDAMUS

# MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Silva**
**Memorandum Opinion by Justice Benavides[1]**

Relator Rio Valley Switching Company filed a petition for writ of mandamus asserting that the trial court abused its discretion by imposing specific conditions on a Rule 204 medical examination and by compelling overly broad discovery. *See* TEX. R. CIV. P. 204.1 (governing physical and mental examinations). However, relator and real party in interest Adolfo Reyes Sanchez have now filed an agreed motion to dismiss this

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so. When granting relief, the court must hand down an opinion as in any other case."); *id.* R. 47.1 ("The court of appeals must hand down a written opinion that is as brief as practicable but that addresses every issue raised and necessary to final disposition of the appeal."); *id.* R. 47.4 (explaining the differences between opinions and memorandum opinions).

original proceeding on grounds that they have reached an agreement concerning the matters at issue and relator no longer desires to prosecute its petition for writ of mandamus.

The Court, having examined and fully considered the agreed motion to dismiss, is of the opinion that it should be granted. Accordingly, we lift the stay previously imposed in this case, grant the agreed motion to dismiss, and dismiss the petition for writ of mandamus.

GINA M. BENAVIDES
Justice

Delivered and filed on the
12th day of September, 2024.